UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ALEXANDER PAUL RAYMOND, Jr.　　　　　　　　Case No. 8:19-bk-03835-MGW
PEGGY ANNE RAYMOND　　　　　　　　　　　　Chapter 7

　　　　　Debtor(s).
_____/

**REPORT AND NOTICE OF**
**INTENTION TO SELL PROPERTY OF THE ESTATE**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

　　　　Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

　　　　If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Ste. 555, Tampa, FL 33602-3899, and serve a copy on the movant/movant's attorney, Beth Ann Scharrer, Chapter 7 Trustee, P.O. Box 4550, Seminole, FL 33775-4550, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

　　　　If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO:　　Creditors, Debtors and Parties in Interest

　　　　BETH ANN SCHARRER, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell 21 days from the service of this Report and Notice on the matrix, the following property of the estate, under the terms and conditions set forth below:

1.　　　Asset:

| Asset # | Description | Sale Amt |
|---|---|---|
| 4 | 2005 GMC Envoy | $2,000.00 |
| 5 | 1972 Thunderbird | $2,000.00 |
| 6 | HHG | $1,000.00 |
|  | TOTALS | $5,000.00 |

2. Manner of Sale: Private Sale

3. Terms of Sale:

    A. To: Debtors Alexander Paul Raymond, Jr. and Peggy Anne Raymond

    B. Sale Price: Total is $5,000

    C. 1. All rights, title, and interest of bankruptcy estate, if any.

        2. Subject to all liens and encumbrances, and subject also to allowed exemptions. No warranties of no liens. No warranties of any kind.

The Trustee will entertain any higher bids for the purchase of the assets of this estate which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business on 21 days from the date of the service of the Report and Notice on the matrix as indicated below. If more than one bid has been received, an auction will occur among said bidder after 21 days.

Respectfully submitted,

/s/ Beth Ann Scharrer
Beth Ann Scharrer, Trustee
PO Box 4550
Seminole, FL 33775-4550
(727) 392-8031

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, August 1, 2019 the foregoing was provided by U.S. Mail or electronically **U. S. Trustee, Debtor(s) and Debtor Attorney**, the attached creditor matrix.

/s/ Beth Ann Scharrer
Beth Ann Scharrer, Trustee